# Notice Recipients

District/Off: 0971−4  User: admin  Date Created: 4/21/2021
Case: 21−40537  Form ID: 309I  Total: 31

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Elizabeth Tossone Brighina | 14489 Corvallis Street | San Leandro, CA 94579 |
| ust | Office of the U.S. Trustee/Oak | Office of the United States Trustee | Phillip J. Burton Federal Building  450 Golden Gate Ave. 5th Fl., #05−0153  San Francisco, CA 94102 |
| tr | Martha G. Bronitsky | P.O. Box 5004 | Hayward, CA 94540 |
| cr | Synchrony Bank | c/o PRA Receivables Management, LLC | P.O. Box 41021  Norfolk, VA 23541 |
| aty | Nathan David Borris | Law Offices of Nathan D. Borris | 1380 A St.  Hayward, CA 94541 |
| smg | Labor Commissioner | 1515 Clay St.  Room 801 | Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept.  P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E  P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit  P.O. Box 2952 | Sacramento, CA 95812−2952 |
| 15292120 | American Express | PO Box 0001 | Los Angeles, CA 90096−8000 |
| 15292121 | Capital One | PO Box 31293 | Salt Lake City, UT 84131 |
| 15292122 | Care Credit − Synchrony Bank | PO Box 965033 | Orlando, FL 32896 |
| 15292123 | Cavalry SPV I, LLC | 500 Summit Lake Drive, Suite 400 | Valhalla, NY 10595 |
| 15292124 | Citibank | PO Box 6500 | Sioux Falls, SD 57117 |
| 15292125 | Client Services, Inc. | 3451 Harry S. Truman Blvd | Saint Charles, MO 63301−4047 |
| 15292126 | Comenity − Victoria's Secret | PO Box 182789 | Columbus, OH 43218 |
| 15292127 | Community Loan Servicing | PO Box 740410 | Cincinnati, OH 45274 |
| 15292128 | D&A Services | 1400 E. Touhy Avenue, Suite G2 | Des Plaines, IL 60018 |
| 15292129 | Discover Home Loans | 1 Corporate Drive, Suite 360 | Lake Zurich, IL 60047−8945 |
| 15292130 | Franchise Tax Board | MS AS340  PO Box 2952 | Sacramento, CA 95812−2952 |
| 15292131 | Gurstel Law Firm PC | 9320 East Raintree Drive | Scottsdale, AZ 85260 |
| 15292132 | Hunt & Henriques | 7017 Realm Drive | San Jose, CA 95119 |
| 15292133 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 |
| 15292134 | JPMorgan Chase | PO Box 15369 | Wilmington, DE 19850 |
| 15292135 | Oklahoma Student Loan Authority | 525 Central Park Drive, Suite 600 | Oklahoma City, OK 73105 |
| 15292136 | PayPal Credit − Synchrony Bank | PO Box 960006 | Orlando, FL 32896−0006 |
| 15292683 | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021  Norfolk, VA 23541 |
| 15292137 | Synchrony Bank − Amazon | PO Box 960013 | Orlando, FL 32896−0013 |
| 15292138 | Synchrony Bank − JC Penney | PO Box 965007 | Orlando, FL 32896 |
| 15292139 | The Moore Law Group | PO Box 25145 | Santa Ana, CA 92799−5145 |
| 15292140 | UHG I LLC | 6400 Sheridan Drive #138 | Buffalo, NY 14221 |

TOTAL: 31